UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *ex rel.* Susan Ruscher | § | |
| STATE OF CALIFORNIA, *ex rel.* | § | |
| Susan Ruscher; | § | CIVIL ACTION NO. 08-CV- 3396 |
| STATE OF DELAWARE, *ex rel.* | § | |
| Susan Ruscher; | § | |
| DISTRICT OF COLUMBIA, *ex rel.* | § | |
| Susan Ruscher; | § | |
| STATE OF FLORIDA, *ex rel.* | § | |
| Susan Ruscher; | § | |
| STATE OF GEORGIA, *ex rel.* | § | |
| Susan Ruscher; | § | |
| STATE OF HAWAII, *ex rel.* | § | |
| Susan Ruscher; | § | |
| STATE OF ILLINOIS, *ex rel.* | § | |
| Susan Ruscher; | § | |
| STATE OF INDIANA, *ex rel.* | § | |
| Susan Ruscher; | § | |
| STATE OF LOUISIANA, *ex rel.* | § | |
| Susan Ruscher; | § | |
| COMMONWEALTH OF MASSACHUSETTS | § | |
| *ex rel.* Susan Ruscher; | § | |
| STATE OF MICHIGAN, *ex rel.* | § | |
| Susan Ruscher; | § | |
| STATE OF MONTANA, *ex rel.* | § | |
| Susan Ruscher; | § | |
| STATE OF NEVADA, *ex rel.* | § | |
| Susan Ruscher; | § | |
| STATE OF NEW HAMPSHIRE, *ex rel.* | § | |
| Susan Ruscher; | § | |
| STATE OF NEW JERSEY, *ex rel.* | § | |
| Susan Ruscher; | § | |
| STATE OF NEW MEXICO, *ex rel.* | § | |
| Susan Ruscher; | § | |
| STATE OF NEW YORK, *ex rel.* | § | |
| Susan Ruscher; | § | |
| STATE OF OKLAHOMA, *ex rel.* | § | |
| Susan Ruscher; | § | |
| STATE OF RHODE ISLAND, *ex rel.* | § | |
| Susan Ruscher; | § | |
| STATE OF TENNESSEE, *ex rel.* | § | |
| Susan Ruscher; | § | |

| | |
|---|---|
| STATE OF TEXAS, *ex rel.* | § |
| Susan Ruscher; | § |
| COMMONWEALTH OF VIRGINIA, *ex rel.* | § |
| Susan Ruscher; | § |
| STATE OF WISCONSIN, *ex rel.* | § |
| Susan Ruscher; | § |
| | § |
| Plaintiffs | § |
| | § |
| VS. | § |
| | § |
| OMNICARE, INC., *et al.*, | § |
| | § |
| Defendants. | § |

# NOTICE OF THE STATE OF TEXAS AND OTHER PLAINTIFF STATES OF THEIR ELECTION TO DECLINE INTERVENTION

The State of Texas respectfully notifies the court of its decision to decline intervention in the above-captioned action on behalf of the State of Texas pursuant to Section 36.104 (a) of the Texas Medicaid Fraud Prevention Act (the "TMFPA") and on behalf of certain plaintiff states that have requested to join in this Notice. Specifically, the States of California, Delaware, District of Columbia, Florida, Georgia, Hawaii, Illinois, Louisiana, Massachusetts, Michigan, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, Oklahoma, Rhode Island, Tennessee, Virginia and Wisconsin (collectively, the "Plaintiff States") have communicated to the State of Texas their request to join in this Notice pursuant to their respective states' statutes.

Pursuant to Section 36.102(e) of the TMFPA and the other Plaintiff States' respective statutes, the State of Texas and the other Plaintiff States request that the Court solicit the written consent and approval of the States before ruling or granting a proposal to dismiss, settle, or otherwise discontinue this action.

Pursuant to Section 36.104(b) of the TMFPA and the other Plaintiff States' respective statutes, the State of Texas and the other Plaintiff States requests that the parties serve copies of all pleadings, motions and orders subsequently filed in this action upon the State of Texas and the other Plaintiff States. Additionally, the State of Texas and the other Plaintiff States further reserve the right to order any deposition transcripts and intervene in the action, for good cause shown, at a later date.

A Proposed Order accompanies this Notice.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JOHN B. SCOTT
Deputy Attorney General for Civil Litigation

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division


/s/ *Susan J. Arenella*
State Bar No. 24001320
Assistant Attorney General
Civil Medicaid Fraud Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1448
(512) 936-0674 Fax
susan.arenella@texasattorneygeneral.gov

ATTORNEYS FOR THE STATE OF TEXAS

Dated: March 28, 2013

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via U.S. mail to the following non-registered attorneys on this 28th day of March 2013.

/s/ *Susan J. Arenella*
Susan J. Arenella

Brian V. Frankel
Supervising Deputy Attorney General
California MFCU
1455 Frazee Road, Suite 315
San Diego, CA 92108

Victoria Kizito
Assistant Attorney General
Georgia MFCU
2800 Piedmont Avenue S.E.
West Tower, 19th Floor
Atlanta, GA 30334

James Apostolico
Deputy Attorney General
Delaware MFCU
820 North French Street, 5th Floor
Wilmington, DE 19801

Michael Karpinski
Attorney Supervisor
Florida MFCU
PL-01, The Capitol
Tallahassee, FL 32399

Michael L. Parrish
Director
Hawaii MFCU
333 Queen Street, 10th Floor
Honolulu, HI 96813

Rick H. Crystal
Interim Bureau Chief
Illinois MFCU
100 West Randolph, 12th Floor
Chicago, IL 60601

Jessica Harlan-York
Deputy Attorney General
Indiana MFCU
8005 Castleway Drive
Indianapolis, IN 46250

Nicholas Diez
Assistant Attorney General
Louisiana MFCU
P.O. Box 94005
Baton Rouge, LA 70804

Elizabeth Valentine
Attorney
Michigan MFCU

Robert Patten
Assistant Attorney General
Massachusetts MFCU

P.O. Box 30218  
Lansing, MI  48909

One Ashburton Place, Room 1813  
Boston, MA  02108

Kenneth Varns  
Assistant Attorney General  
Montana MFCU  
2225 11th Avenue  
Helena, MT  59601

Mark N. Kemberling  
Director  
Nevada MFCU  
555 East Washington Avenue, Suite 3900  
Las Vegas, NV  89101

Karin Eckel  
Director  
New Hampshire MFCU  
33 Capital Street  
Concord, NH  03301

Joshua Lichtblau  
Assistant Attorney General  
New Jersey MFCU  
P.O. Box 085  
Trenton, NJ  08625-0085

Jody Curran  
Director  
New Mexico MFCU  
111 Lomas Boulevard NW, Suite 300  
Albuquerque, NM  87102

Jay Speers  
Counsel  
New York MFCU  
120 Broadway, 12th Floor  
New York, NY  10271

James Dube  
Director  
Rhode Island MFCU  
150 South Main Street  
Providence, RI  02903

Mykel Fry  
Director  
Oklahoma MFCU  
313 NE 21st Street  
Oklahoma City, OK  73105

William Clay Garrett  
Assistant Attorney General  
Virginia MFCU  
900 East Main Street  
Richmond, VA  23219

Valerie Smith  
Staff Attorney/Special Agent  
Tennessee MFCU  
Nashville, TN  37216

Elaine Block  
Attorney  
District of Columbia MFCU  
717 14th Street, NW, Suite 1100  
Washington, DC  20005

Thomas L. Storm  
Director  
Wisconsin Department of Justice  
17 West Main Street  
Madison, WI  53703