IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *ex rel.* Susan Ruscher, <br><br> STATE OF CALIFORNIA <br> *ex rel.* Susan Ruscher, *et al.* <br><br><br> Plaintiffs, <br><br> v. <br><br> OMNICARE, INC. *et al.* <br><br> Defendants. | CIVIL NO. 08-3396 |

# PLAINTIFF/RELATOR SUSAN RUSCHER'S
# DISCLOSURE OF INTERESTED PARTIES

Pursuant to Order for Conference and Disclosure of Interested Parties and Federal Rule of Civil Procedure 7.1, Plaintiff/Relator Susan Ruscher discloses the following persons who have a financial interest in the outcome of this litigation:

1. Plaintiff/Relator SUSAN RUSCHER is an individual residing in the State of Ohio.

2. BERG & ANDROPHY, 3704 Travis Street, Houston, Texas 77002, Attorneys for Plaintiff/Relator Susan Ruscher.

3. STATE OF CALIFORNIA

4. STATE OF DELAWARE

5. DISTRICT OF COLUMBIA

6. STATE OF FLORIDA

7. STATE OF GEORGIA

8. STATE OF HAWAII

9. STATE OF ILLINOIS

10. STATE OF INDIANA

11. STATE OF LOUISIANA

12. COMMONWEALTH OF MASSACHUSETTS

13. STATE OF MICHIGAN

14. STATE OF MONTANA

15. STATE OF NEVADA

16. STATE OF NEW JERSEY

17. STATE OF NEW MEXICO

18. STATE OF NEW YORK

19. STATE OF OKLAHOMA

20. STATE OF RHODE ISLAND

21. STATE OF TENNESSEE

22. STATE OF TEXAS

23. STATE OF WISCONSIN

24. COMMONWEALTH OF VIRGINIA

25. UNITED STATES OF AMERICA

26. OMNICARE, INC.

27. OMNICARE PHARMACY OF TEXAS 2, LP

28. OMNICARE PHARMACY OF FLORIDA, LP

29. ARLINGTON ACQUISITION I, INC.

30. ASCO HEALTHCARE, LLC

31. BADGER ACQUISITION OF TAMPA, LLC D/B/A/ BAY PHARMACY

32. BADGER ACQUISITION OF OHIO, LLC D/B/A/ BEEBER PHARMACIES

33. BEST CARE LTC ACQUISITION COMPANY, LLC

34. CAMPO'S MEDICAL PHARMACY, INC.

35. CARE PHARMACEUTICAL SERVICES, LP

36. CTLP ACQUISITION LLC

37. CIP ACQUISITION CORP. D/B/A/ CARTER'S INSTITUTIONAL PHARMACY

38. CP ACQUISITION CORP. D/B/A/ CENTRAL PHARMACY

39. CHP ACQUISITION CORP. D/B/A/OMNICARE OF SOUTHERN NEW JERSEY

40. COMSCRIPT, LLC

41. D&R PHARMACEUTICAL SERVICES, LLC D/B/A D&R PHARMACARE D/B/A/ OMNICARE OF LOUISVILLE, KY D/B/A/ OMNICARE OF LEXINGTON, KY

42. NIV ACQUISITION LLC D/B/A DENMAN PHARMACY SERVICES

43. PHARMACY ASSOCIATES OF GLENS FALLS, INC.

44. ENLOE DRUGS, LLC

45. EVERGREEN PHARMACEUTICAL, LLC

46. EVERGREEN PHARMACEUTICAL OF CALIFORNIA, INC. F/K/A PIO ACQUISITION F/K/A WEST VAL PREMIER F/K/A NCS HEALTHCARE OF CALIFORNIA, INC. F/K/A CREEKSIDE MANAGED CARE PHARMACY, INC.

47. EXCELLERX, INC.

48. OMNICARE DISTRIBUTION CENTER LLC F/K/A HEARTLAND REPACK SERVICES

49. HMIS, INC.

50. HOME CARE PHARMACY, LLC

51. INTERLOCK PHARMACY SYSTEMS

52. LCPS ACQUISITION, LLC

53. LO-MED PRESCRIPTION SERVICES, LLC

54. MANAGED HEALTHCARE, INC.

55. MCCLELLAND HEALTH SYSTEMS

56. MED WORLD ACQUISITION CORP D/B/A/ MED WORLD PHARMACY MEDICAL ARTS HEALTH CARE, INC.

57. OMNICARE PHARMACY OF FLORIDA, LP D/B/A/ MEDISTAT NCS HEALTHCARE OF NEW MEXICO, INC.

58. NCS HEALTHCARE OF MONTANA, INC.

59. NCS HEALTHCARE OF WASHINGTON, INC.

60. NCS HEALTHCARE OF ILLINOIS, LLC

61. NCS HEALTHCARE OF SOUTH CAROLINA, INC.

62. NCS HEALTHCARE OF KANSAS, LLC

63. NCS HEALTHCARE, LLC

64. NEIGHBORCARE OF INDIANA, LLC

65. NEIGHBORCARE PHARMACY SERVICES, INC. D/B/A NETWORK HEALTH SERVICES

66. NEIGHBORCARE, INC.

67. NIHAN & MARTIN, INC.

68. NORTH SHORE PHARMACY, LLC

69. OMNICARE ESC, LLC

70. OMNICARE PHARMACY OF TEXAS 1, LP

71. OMNICARE PHARMACY OF TEXAS 2, LP

72. HOME CARE PHARMACY, INC.

73. HOME CARE PHARMACY, LLC

74. OMNICARE EXTENDED PHARMACY SERVICES, LLC

75. NEIGHBORCARE PHARMACY OF VIRGINIA, LLC

76. OMNICARE OF NEW YORK, LLC

77. OMNICARE PHARMACY AND SUPPLY SERVICES, LLC

78. PBM-PLUS, INC.

79. PHARMACON CORP.

80. PHARMACY CONSULTANTS, INC.

81. PHARMASOURCE, LLC

82. PHARM-CORP OF MAINE, LLC

83. PRN PHARMACEUTICAL SERVICES, LP

84. RESCOT SYSTEMS GROUP, INC.

85. LANGSAM HEALTH SERVICES, LLC

86. JHC ACQUISITION, LLC D/B/A OMNICARE CLINICAL INTERVENTION CENTER

87. LANGSAM MEDICAL PRODUCTS, INC. D/B/A SEQUOIA

88. NORTH SHORE PHARMACY SERVICES, LLC

89. SPECIALIZED PHARMACY SERVICES, LLC

90. STERLING HEALTHCARE SERVICES, INC. D/B/A STERLING HOME MEDICAL SERVICES

91. THREE FORKS APOTHECARY, INC.

92. VALUE HEALTH CARE SERVICES, LLC

93. NCS HEALTHCARE OF KENTUCKY, INC. D/B/A VANGARD LABS

94. VAPS ACQUISITION COMPANY

95. VITAL CARE INFUSIONS, INC.

96. WILLIAMSON DRUG CO., INC.

97. ZS ACQUISITION COMPANY

98. AAHS ACQUISITION CORPORATION

99. AMBLER ACQUISITION COMPANY, LLC

100. AMC – NEW YORK, INC.

101. AMC – TENNESSEE, INC.

102. ANDERSON MEDICAL SERVICES, INC.

103. APS ACQUISITION, LLC

104. APS SUMMIT CARE PHARMACY, LLC

105. ASCO HEALTHCARE OF NEW ENGLAND, LLC

106. ASCO HEALTHCARE OF NEW ENGLAND, LP

107. ATLANTIC MEDICAL GROUP, LLC

108. BACH'S PHARMACY (EAST), LLC

109. BACH'S PHARMACY SERVICES, LLC

110. BADGER ACQUISITION, LLC

111. BADGER ACQUISITION OF BROOKSVILLE, LLC

112. BADGER ACQUISITION OF KENTUCKY, LLC

113. BADGER ACQUISITION OF MINNESOTA, LLC

114. BADGER ACQUISITION OF ORLANDO, LLC

115. BADGER ACQUISITION OF TEXAS, LLC

116. BPNY ACQUISITION CORP.

117. BPTX ACQUISITION CORP.

118. CAPITAL HOME INFUSION, INC.

119. CARE CARD, INC.

120. CARE4, LP

121. COMPASS HEALTH SERVICES, LLC

122. COMSCRIPT-BOCA, LLC

123. CONCORD PHARMACY SERVICES, INC.

124. CP SERVICES, LLC

125. CPS ACQUISITION COMPANY, LLC

126. DELCO APOTHECARY, INC.

127. DIXON PHARMACY, LLC

128. HEARTLAND HEALTHCARE SERVICES, LLC

129. HOME PHARMACY SERVICES, LLC

130. HYTREE PHARMACY, INC.

131. INSTITUTIONAL HEALTH CARE SERVICES, LLC

132. LOBOS ACQUISITION, LLC

133. LOBOS ACQUISITION OF ARIZONA, INC.

134. LPA ACQUISITION COMPANY, LLC

135. LPI ACQUISITION CORPORATION

136. MAIN STREET PHARMACY, LLC

137. MANAGEMENT & NETWORK SERVICES, INC.

138. MANAGEMENT & NETWORK SERVICES, LLC

139. MEDICAL SERVICES GROUP, LLC

140. MHHP ACQUISITION COMPANY

141. MOSI ACQUISITION CORPORATION

142. NCS HEALTHCARE OF ARIZONA, INC.

143. NCS HEALTHCARE OF ARKANSAS, INC.

144. NCS HEALTHCARE OF CONNECTICUT

145. NCS HEALTHCARE OF FLORIDA, INC.

146. NCS HEALTHCARE OF INDIANA, INC.

147. NCS HEALTHCARE OF INDIANA, LLC

148. NCS HEALTHCARE OF IOWA, LLC

149. NCS HEALTHCARE OF KENTUCKY, INC.

150. NCS HEALTHCARE OF MARYLAND, LLC

151. NCS HEALTHCARE OF MASSACHUSETTS, INC.

152. NCS HEALTHCARE OF MICHIGAN, INC.

153. NCS HEALTHCARE OF MINNESOTA, INC.

154. NCS HEALTHCARE OF MISSOURI, INC.

155. NCS HEALTHCARE OF NEW HAMPSHIRE, INC.

156. NCS HEALTHCARE OF NEW JERSEY, INC.

157. NCS HEALTHCARE OF NORTH CAROLINA, INC.

158. NCS HEALTHCARE OF OHIO, LLC

159. NCS HEALTHCARE OF OKLAHOMA, INC.

160. NCS HEALTHCARE OF OREGON, INC.

161. NCS HEALTHCARE OF PENNSYLVANIA, INC.

162. NCS HEALTHCARE OF RHODE ISLAND, LLC

163. NCS HEALTHCARE OF TENNESSEE, INC.

164. NCS HEALTHCARE OF TEXAS, INC.

165. NCS HEALTHCARE OF VERMONT, INC.

166. NCS HEALTHCARE OF WASHINGTON, INC.

167. NCS SERVICES, INC.; NEIGHBORCARE-ORCA, LLC

168. NEIGHBORCARE HOLDINGS, INC.

169. NEIGHBORCARE INFUSION SERVICES, INC.

170. NEIGHBORCARE OF NEW HAMPSHIRE, LLC

171. NEIGHBORCARE OF NORTHERN CALIFORNIA, INC.

172. NEIGHBORCARE OF OHIO, LLC

173. NEIGHBORCARE OF OKLAHOMA, INC.

174. NEIGHBORCARE OF WISCONSIN, LLC

175. NEIGHBORCARE PHARMACIES, LLC

176. NEIGHBORCARE PHARMACY OF OKLAHOMA, LLC

177. NEIGHBORCARE PHARMACY OF VIRGINIA, LLC

178. NEIGHBORCARE REPACKAGING, INC.

179. NEIGHBORCARE-MEDISCO, INC.

180. NGC ACQUISITION COMPANY, LLC

181. OCR SERVICES CORPORATION

182. OCR-RA ACQUISITION, LLC D/B/A LONG TERM CARE PHARMACY

183. OFL CORP.

184. OMNIBILL SERVICES, LLC

185. OMNICARE AIR TRANSPORT SERVICES, INC.

186. OMNICARE HEADQUARTERS, LLC

187. OMNICARE HOLDINGS COMPANY

188. OMNICARE INDIANA PARTNERSHIP HOLDING COMPANY, LLC

189. OMNICARE MANAGEMENT COMPANY

190. OMNICARE OF NEVADA, LLC

191. OMNICARE PENNSYLVANIA MED SUPPLY, LLC

192. OMNICARE PHARMACIES OF PENNSYLVANIA EAST, LLC

193. OMNICARE PHARMACIES OF PENNSYLVANIA WEST, LLC

194. OMNICARE PHARMACIES OF GREAT PLAINS HOLDING COMPANY

195. OMNICARE PHARMACY OF COLORADO, LLC

196. OMNICARE PHARMACY OF MAINE, LLC

197. OMNICARE PHARMACY OF NEBRASKA, LLC

198. OMNICARE PHARMACY OF NORTH CAROLINA, LLC

199. OMNICARE PHARMACY OF PUEBLO, LLC

200. OMNICARE PHARMACY OF TENNESSEE, LLC

201. OMNICARE PHARMACY OF THE MIDWEST, LLC F/K/A FREED'S

202. OMNICARE PURCHASING COMPANY GENERAL PARTNER, INC.

203. OMNICARE PURCHASING COMPANY LIMITED PARTNER, INC.

204. OMNICARE PURCHASING COMPANY, LP

205. OMNICARE RESPIRATORY SERVICES, LLC

206. OMNICARE SENIOR HEALTH OUTCOMES, LLC

207. OMNICARE.COM, INC.

208. PBM PLUS MAIL SERVICE PHARMACY, LLC

209. PCI ACQUISITION, LLC

210. PHARMACY HOLDING #1, LLC

211. PHARMACY HOLDING #2, LLC

212. PHARMASOURCE HEALTHCARE, INC.

213. PP ACQUISITION COMPANY, LLC

214. PPS-GBMC JOINT VENTURE, LLC

215. PPS-ST. AGNES JOINT VENTURE, LLC

216. PRN PHARMACEUTICAL SERVICES, LP

217. PROFESSIONAL PHARMACY SERVICES, INC.

218. PSI ARKANSAS ACQUISITION, LLC

219. RXC ACQUISITION COMPANY

220. SHC ACQUISITION COMPANY, LLC D/B/A SYNERGY

221. SHORE PHARMACEUTICAL PROVIDERS, INC.

222. OUTHSIDE APOTHECARY, INC.

223. SPECIALIZED PATIENT CARE SERVICES, INC.

224. SPECIALIZED PHARMACY SERVICES, LLC

225. SPECIALTY CARTS, LLC

226. STERLING HEALTHCARE SERVICES, INC.

227. SUPERIOR CARE PHARMACY, INC.

228. TCPI ACQUISITION CORP., D/B/A TOTAL CARE PHARMACY

229. THE MEDICINE CENTRE, LLC

230. THG ACQUISITION CORP., D/B/A TANDEM HEALTH GROUP

231. UC ACQUISITION CORP., D/B/A UNICARE

232. UNI-CARE HEALTH SERVICES OF MAINE, INC.

233. VALUE PHARMACY, INC.

234. WINSLOW'S PHARMACY

Dated: July 9, 2014

                        Respectfully submitted,

                        BERG & ANDROPHY

                        /s/*Joel M. Androphy*
                        David Berg
                        State Bar No. 02187000
                        dberg@bafirm.com
                        Joel M. Androphy
                        State Bar No. 01254700
                        jandrophy@bafirm.com
                        Sarah M. Frazier
                        State Bar No. 24027320
                        sfrazier@bafirm.com
                        Chris Gadoury
                        State Bar No. 24034448
                        cgadoury@bafirm.com
                        Rachel L. Grier
                        State Bar No. 24055592
                        rgrier@bafirm.com
                        Emily M. Smith
                        State Bar No. 24083876
                        esmith@bafirm.com
                        3704 Travis Street
                        Houston, Texas 77002
                        Telephone (713) 529-5622
                        Facsimile (713) 529-3785

                        **Attorneys in Charge for Relator**
                        **Susan Ruscher**

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on July 9, 2014 a true and correct copy of the above Disclosures were forwarded via the CM/ECF filing system, the United States Mail, certified, return receipt requested, by facsimile, by electronic mail, or by messenger to the United States Attorney's Office in Houston, Texas, the Department of Justice in Washington, D.C., and the Attorneys General of the Qui Tam States and the District of Columbia.

                                            /s/ Sarah M. Frazier
                                            Sarah M. Frazier