UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Susan Ruscher, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>OMNICARE, INC. *et al.*,<br><br>　　　　Defendants. | Civil Action No. 08-3396<br><br>Judge Keith P. Ellison |

## STIPULATION REGARDING ELECTRONIC DISCOVERY

　　　　IT IS HEREBY AGREED, by and between relator Susan Ruscher and defendants Omnicare, Inc. and its currently existing subsidiaries that have been named as defendants and on whose behalf Omnicare, Inc. has accepted service (collectively with Omnicare, Inc. the "Omnicare Defendants"), through their undersigned counsel, that the following specifications shall govern electronic discovery in the above-captioned Action, pursuant to the provisions of Fed. R. Civ. P. 34 permitting parties to specify the form or forms in which electronically stored information is to be produced:

　　　　1.　　Where electronic documents are produced in the above-captioned litigation, the parties agree that they will be produced in the following format:

　　　　　　a. The parties will produce images in single-page TIFF format, accompanied by a load file (OPT or DAT) containing the beginning and ending bates numbers, document ID, full storage path for each document, OCR data, relevant metadata (as discussed below), and identification of any family relationship or association. Any documents produced in native format pursuant to point (b) below shall have an image indicating the bates number of the document and indicating that it was produced in native format. Nothing in this paragraph shall prohibit a party from requesting that a third-party produce documents in a different format, including searchable PDF.

　　　　　　b. All Excel spreadsheets, audio, video, and database files are to be produced in native format, accompanied by a load file (OPT, DAT) containing the beginning and ending bates numbers, file name, full storage path for each document, OCR data, relevant metadata, and identification of any family relationship or association.

　　　　　　c. Any load file produced shall contain the following metadata field information, where available:

| METADATA FIELDS REQUESTED ||
|---|---|
| Field/Metadata | Description |
| **Electronic Data (Word Processing Documents, Spreadsheets, Email Messages, Etc.)** ||
| Begin Bates / Bates Start | Identifies the Bates number of the beginning page of a document. |
| End Bates /Bates End | Identifies the Bates number of the ending page of a document. |
| Parent ID | Identifies the Bates number associated with the first page of a parent email or electronic document. |
| Begin Attach | Identifies the Bates number associated with the first page of a attachment to a parent email or electronic document. |
| End Attach | Identifies the Bates number associated with the last page of the last attachment to a parent document. |
| Attachment Count | Identifies the number of attachments to an email. |
| Attachment Names | Identifies the file names of all attachments to an email. |
| Custodian/Source | Identifies the collection source or custodian of the collected email message or electronic document. |
| PST Source | Identifies the name of the PST mailbox. |
| PST Folder | Identifies the name of each folder collected from the PST mailbox (Inbox, Sent Mail, Drafts, etc.). |
| From | Identifies the sender of an email. |
| Author | Identifies the creator or distributor of an electronic or imaged document. |
| To / Recipient | Identifies all recipients of an email ("To") or of an electronic or imaged document (Recipient). |
| CC | Identifies all individuals copied on an email or electronic or imaged document ("Cc" or "Copied To"). |
| BCC | Identifies all individuals blind copied on an email or electronic or imaged document ("BCC" or "Blind Copied"). |
| Subject | Identifies the subject line of an email or electronic document. |
| Date Created | Identifies the date the email or document was created. |
| Date Sent | Identifies the date an email was sent. |
| Date Received | Identifies the date an email was received. |
| Date Modified | Identifies the date the email or document was last modified. |
| Date Last Saved | Identifies the date a document was last saved. |
| Time Sent | Identifies the time an email was sent. |
| Time Received | Identifies the time an email was received. |
| Time Zone | Identifies the time zone used for processing the file |
| Sort date | Identifies the master family date based on parent record date |
| Conversation Index | Email conversation thread ID |
| Duplicate Custodians | Identifies any other individuals who possessed a copy of the document where such copies have been removed from the |

| | |
|---|---|
| | production as part of a de-duplication process. |
| Last Saved By | Identifies the name of the person who last saved the document. |
| Image File Name | The file name of an imaged document. |
| File Extension | Identifies the extension of an electronic or imaged document. |
| Title | Identifies the "Title" of an electronic or imaged document. |
| Native File Name | Identifies the original name of the native email or electronic document. |
| Native File Path | Identifies the file path from where the native email or electronic document was originally stored and collected. |
| Page Count | Identifies the number of pages in the produced document |
| InReplyToID | The internal metadata value within an email for the reply-to ID. |
| IntMSTID | Email internal message ID |
| Document Type | Identifies whether the document is an email, attachment, or e-doc |
| Hash Value | Hash value (either MD5 or SHA1) for all email messages and/or electronic files. |
| Redaction Reason | Identifies the reason for redactions applied to each document, if any. |

2. All documents produced should be Bates labeled as such:

   a. Each page of each image should contain consecutive Bates labels on each page in the lower right-hand corner as to not obstruct the view of any text or images on the document itself.

   b. Native file documents should be named with the Begin Bates value of the document, with the original filename located in the "Native Filename" field of the metadata.

3. If the discovery request seeks some information only available in a video format, the video files themselves shall be produced in the format in which they were kept in the ordinary course of business.

4. The producing party shall organize its production consistent with one or more of the methods described in Federal Rule of Civil Procedure 34(b)(2)(E)(1). The method shall be chosen solely by the producing party. All attachments to documents are to be grouped with the document to which it is attached. By way of example, if an email has an attachment, the email and its attachment are to be grouped together.

*   *   *

The parties shall make their best efforts to comply with and resolve any differences concerning compliance with this stipulation. No party may seek relief from the Court concerning compliance with the stipulation until it has conferred with the other party to an Action.

Dated: October 8, 2014

Respectfully submitted,

| | |
|---|---|
| /s/ David Berg<br>David Berg<br>State Bar No. 02187000<br>Joel M. Androphy<br>State Bar No. 01254700<br>Sarah M. Frazier<br>State Bar No. 24027320<br>Chris Gadoury<br>State Bar No. 24034448<br>Rachel L. Grier<br>State Bar No. 24055592<br>Emily Smith<br>State Bar No. 24083876<br>BERG & ANDROPHY<br>3704 Travis Street<br>Houston, TX 77002<br>Tel: (713) 529-5622<br>Fax: (713) 529-3785<br><br>*Attorneys in Charge for Relator Susan Ruscher* | /s/ Francisco Rivero<br>Francisco Rivero<br>Texas State Bar # 24046725<br>S.D. Texas Bar # 934486<br>REED SMITH LLP<br>811 Main Street<br>Suite 1700<br>Houston, Texas 77002<br>Telephone: (713) 469-3817<br>Facsimile: (713) 469-3899<br>E-mail: frivero@reedsmith.com<br><br>Eric A. Dubelier<br>Katherine J. Seikaly<br>REED SMITH LLP<br>1301 K Street, N.W.<br>Suite 1100 – East Tower<br>Washington, D.C. 20005<br>Telephone: (202) 414-9291<br>Facsimile: (202) 414-9299<br>E-mail: edubelier@reedsmith.com<br>E-mail: kseikaly@reedsmith.com<br>*Pro hac vice*<br><br>Enu Mainigi<br>Holly Conley<br>Eric Blankenstein<br>   WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) (202) 434-5029<br>E-mail: EMainigi@wc.com<br>E-mail: HConley@wc.com<br>E-mail: EBlankenstein@wc.com<br>*Pro hac vice*<br><br>*Counsel for Omnicare Defendants* |