UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Susan Ruscher,<br><br>　　Plaintiffs,<br><br>v.<br><br>OMNICARE, INC., ET AL.<br><br>　　Defendants. | Civil Action No. 08-3396<br><br>Judge Keith P. Ellison |

## FINAL JUDGMENT

Relator, Susan Ruscher ("Ruscher"), brought this suit against Defendants, Omnicare Inc. and affiliated entities (collectively "Omnicare"), alleging that Omnicare violated the Federal False Claims Act and corresponding state False Claims Acts. In the Court's Memorandum & Order of September 3, 2015 (Doc. No. 453), the Court resolved all of Relator's claims under the Federal and State False Claims Acts in favor of Omnicare.

Pursuant to Federal Rule of Civil Procedure 58(a), final judgment is hereby **ENTERED** for Omnicare.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 30th day of September, 2015.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE